UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Angel L. Rivera Domenech
v.
Hector Perez, et al.

CASE NUMBER: 98-1459 (HL)

| MOTION |
|---|
| Date Filed: 9/1/99    Docket # 23    [ ] Plffs  [X] Defts  [ ] Other<br>Title: Motion Requesting Leave to Designate Defendant United Marine's Expert |
| **ORDER** |
| Granted. Defendant United Marine shall designate expert witnesses by **September 30, 1999**. <u>No further extensions shall be granted.</u> |

Date 9/2/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:        EOD:

By:           #

