

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Angel L. Rivera-Domenech

v.

Hector Perez, et al.

**CASE NUMBER:** 98-1459 (HL)

---

## ORDER

The settlement conference in this case was initially scheduled to take place on October 12, 1999. Dkt. no. 15. However, due to a scheduling conflict, the settlement conference will instead be held at **3:00 p.m.** on **October 19, 1999.** Please advise the Court promptly if this date is impossible.

Date 7/30/99

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

| Rec'd: | EOD: |
|--------|------|
| By: | # |

