# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Angel L. Rivera-Domenech
    v.
Hector Perez, et al.

CASE NUMBER: 98-1459 (HL)

| ORDER |
|---|
| By order dated 9/30/99, the Court moved the settlement conference to **3:00 p.m. on October 19, 1999.** The pre-trial conference shall also be rescheduled to **3:00 p.m. on October 19, 1999.** |

Date /0-4-99

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

Rec'd:    EOD:

By:

