UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,
　Plaintiff,

v.                                                                      CASE NUMBER: 98-1459 (HL)

HECTOR PEREZ, et al.,
　Defendants.

| MOTION |
|---|
| Date Filed: 10/7/99    Docket # 30    [X] Plffs  [X] Defts    [ ] Other<br>Title: Joint Consent to Jurisdiction by a United States Magistrate Judge |
| **ORDER OF REFERENCE** |
| **Granted.** It is hereby **ORDERED** that this case be referred to the Honorable Justo Arenas, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties. The trial shall be held in **March of 2000** at a date to be set by Judge Arenas. |

Date 10/17/99                         HECTOR M. LAFFITTE
                                                   Chief U.S. District Judge

Rec'd:                 EOD:

By:                    #