IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

Angel L. Rivera Domenech

v.

Hector Perez et al.

Case No.: 98-1459 (HL)

O R D E R

MOTION / RULING

*********************************************************

Date:
Filed:           Docket:

( ) Plffs    ( ) Defts

( ) Other

Title:

The non-jury trial in this case is set for Tuesday, February 16, 1999 at 9:30 AM.

Date 10/22/99   U. S. District Judge / ✓ U. S. Magistrate Judge

*********************************************************

Date:
Filed:           Docket:

( ) Plffs    ( ) Defts

( ) Other

Title:

Date  / /  U. S. District Judge / / U. S. Magistrate Judge

32