IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2    ANGEL L. RIVERA DOMENECH,

3

4    Plaintiff

5    v.                                                     CIVIL 98-1459(HL)

6    HECTOR PÉREZ, et al.,

7

8    Defendants

9

10                              O R D E R

11

12   | MOTION/DATE FILED | DKT. NO. | RULING |
     | --- | --- | --- |
13   | Informative Motion on Vacation Schedule, 12-16-99. | 33 | Granted *nunc pro tunc.* |
14   | | | |
15   | Motion Requesting Pretrial Conference and for Continuance of Trial Setting, 01-27-00. | 34 | The non-jury trial setting is vacated and is reset for March 23 and 24, 2000 at 9:30 a.m.  The pretrial conference is set for March 9, 2000 at 10:00 a.m. |

18        In San Juan, Puerto Rico, this 28th day of January, 2000.

19

20

21

22                                          JUSTO ARENAS
                                    United States Magistrate Judge

23

24

25

26