IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                                          CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Continuance of Pretrial Conference and Trial Settings, 02-24-00. | 36 | The pretrial conference is reset for April 14, 2000 at 9:30 a.m. and the non-jury trial is reset for May 18, 2000 at 9:30 a.m. |

In San Juan, Puerto Rico, this 2nd day of March, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)