IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                         CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

<u>O R D E R</u>

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Withdraw, 04-06-00. | 39 | Granted. The pretrial conference setting of April 14, 2000 is left without effect. A status conference is set for May 18, 2000 at 9:30 a.m. The non-jury trial setting is also vacated. |

In San Juan, Puerto Rico, this 10th day of April, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)