## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUSTO ARENAS | DATE: May 18, 2000 |
| | CIVIL 98-1459 (HL)(JA) |
| | ATTORNEY |
| ANGEL L. RIVERA DOMENECH | PAUL CALVESBERT BORGOS |
| | JOSE GUILLERMO BAQUERO |
| v. | |
| HECTOR PEREZ, et al. | JOHN NEVARES |

At today's status conference, the magistrate judge was not available. Counsel for defendants moves to withdraw his motion to withdraw as counsel. He will continue to represent defendants. Plaintiff will move to amend the complaint to include a new codefendant, Royal Insurance Company of Puerto Rico. The parties are discussing settlement. There is a possibility that this case will settle. A settlement conference is set for August 8, 2000 at 9:30 a.m. Minutes to be notified.

*Please return file*

