IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Extension to Answer Amended Complaint, 06-28-00. | 43 | Granted. |

In San Juan, Puerto Rico, this 10th day of July, 2000.

JUSTO ARENAS
United States Magistrate Judge




AO 72
(Rev. 8/82)