IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.   CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Second Extension to Answer Amended Complaint, 07-13-00. | 45 | Granted. |
| Answer to the Amended Complaint, 07-17-00. | 46 | Noted. |

In San Juan, Puerto Rico, this 7th day of August, 2000.

JUSTO ARENAS
United States Magistrate Judge


