IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                                                                           CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

## SETTLEMENT CONFERENCE REPORT

At today's conference, plaintiff was represented by José Guillermo Baquero, Esq., defendants by Carlos R. Ramírez, Esq.

Once Royal Insurance Company answers the amended complaint, a status conference will be scheduled.

In San Juan, Puerto Rico, this 8th day of August, 2000.

JUSTO ARENAS
United States Magistrate Judge