# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                          CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting an Extension of Time to Answer or Otherwise Plead to the Amended Complaint, 08-14-00. | 49 | Granted. |

In San Juan, Puerto Rico, this 17th day of August, 2000.

JUSTO ARENAS
United States Magistrate Judge