IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE JUSTO ARENAS   DATE: October 6, 2000
                         CIVIL 98-1459 (HL)(JA)
                                        ATTORNEY

ANGEL L. RIVERA DOMENECH

v.

HECTOR PEREZ, et al.

A pretrial conference is set for December 18, 2000 at 9:30 a.m. Minutes to be notified.