# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                                CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Continuance of Pretrial Conference, 12-08-00. | 55 | Granted.   The conference is reset for January 22, 2001 at 10:30 a.m. |

In San Juan, Puerto Rico, this 8th day of December, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)