IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                                                                    CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At today's conference, plaintiff was represented by José Guillermo Baquero, Esq., defendants by Carlos R. Ramírez, Esq.

No business was conducted due to the unexcused absence of any representative of Royal Insurance. United Marine Services will provide Royal Insurance with a discovery package by Wednesday. The Clerk is to notify attorneys for United Marine Services of all orders and pleadings. The conference is reset for Wednesday, January 24, 2001 at 3:30 p.m.

Notify by fax.

In San Juan, Puerto Rico, this 22nd day of January, 2001.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)