IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                                                             CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At today's conference, plaintiff was represented by Paul Calversbert Borgos and José Guillermo Baquero, Esqs., defendants by Carlos R. Ramírez, Esq., for Héctor Pérez and United Marine Services, and Amancio Arias Guardiola, Esq., for Royal Insurance Company.

Royal Insurance Company of Puerto Rico also consents to the exercise of my trial jurisdiction.

Should the court order the reference, the trial will be held before me on April 23, 2001 at 9:00 a.m., April 24, 2001 at 10:00 a.m. and April 25, 2001 at 9:00 a.m. The pretrial/settlement conference will be held on April 16, 2001 at 10:30 a.m.

All discovery is to be completed by March 30, 2001. Parties wishing to file a motion for summary judgment must do so by February 28, 2001. Ten days are granted to reply.

s/co: Jury Asm.
Chief Deputy
Operations Mgr.
Courtroom Deputy (CHL)
Court Reporter
1/26/01
JM



AO 72
(Rev 8/82)

CIVIL 98-1459 (HL)                    2

Plaintiff's expert report is to be submitted to opposing parties by February 7, 2001. The defense expert report is to be submitted to plaintiff by February 28, 2001.

In San Juan, Puerto Rico, this 24th day of January, 2001.

*signature*

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)