IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                                      CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Extension of Time to Submit Supplemental Expert's Report, 02-08-01. | 62 | Granted. |

In San Juan, Puerto Rico, this 12th day of February, 2001.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev 8/82)