# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                            CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Request for Leave to File Document in Spanish Language, 02-28-01. | 65 | Granted. |
| Request for Leave to File Non-Certified Copy of Insurance Policy and Request for Extension of Time to File Certified Copy, 02-28-01. | 66 | Granted. |

In San Juan, Puerto Rico, this 8th day of March, 2001.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)