IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                                         CIVIL 98-1459 (HL)

HECTOR PÉREZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Extension of Time to Oppose Plaintiff's Motion for Summary Judgment, 03-09-01. | 67 | Granted. |

In San Juan, Puerto Rico, this 13th day of March, 2001.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev 8/82)