IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE JUSTO ARENAS                    DATE: April 6, 2001
                                          Civil 98-1459 (HL)

ANGEL L. RIVERA DOMENECH,

v.

HÉCTOR PÉREZ, et al.

The pretrial conference scheduled for April 16, 2001 and the jury trial scheduled for April 23, 2001 are cancelled. Minutes to be notified.