IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                              CIVIL 98-1459 (HL)

HÉCTOR PÉREZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Joint Motion Requesting Extension, 03-23-01. | 70 | Granted. |
| Motion to Withdraw as Attorney for Plaintiff, 03-28-01. | 71 | Granted. |
| Second Time Extension for Filing Opposition to Motion for Summary Judgment, 03-29-01. | 72 | Granted. |
| Informative Motion, 04-05-01. | 74 | Noted. |

At San Juan, Puerto Rico, this 9th day of April, 2001.

JUSTO ARENAS
United States Magistrate Judge


