IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                           CIVIL 98-1459 (HL)

HÉCTOR PÉREZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Pretrial Conference, For Continuance of Trial Setting and Requesting Notice of Motions and Orders, 06-22-01. | 78 | Granted. |

At San Juan, Puerto Rico, this 29th day of June, 2001.

JUSTO ARENAS
United States Magistrate Judge