IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                                                    CIVIL 98-1459 (HL)

HÉCTOR PÉREZ, et al.,

Defendants

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Plaintiff's Urgent Motion Requesting Conversion of the Trial Setting to a Pretrial Conference, 06-29-01. | 80 | Granted. The non-jury trial is set for September 18, 2001 at 9:30 a.m. A settlement conference is set for August 27, 2001 at 3:30 p.m. |

At San Juan, Puerto Rico, this 24th day of July, 2001.

JUSTO ARENAS
United States Magistrate Judge

c/eo:
Attorneys
of Record (4)
7/26/01