IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                              CIVIL 98-1459 (HL)

HÉCTOR PÉREZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Continuation of Trial, 09-18-01. | 83 | Granted. The non-jury trial is reset for October 16, 2001 at 9:30 a.m. |

At San Juan, Puerto Rico, this 20th day of September, 2001.

JUSTO ARENAS
United States Magistrate Judge