IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.

HÉCTOR PÉREZ and ARNALDO SOTO, JR., et al.

Defendants

CIVIL 98-1459 (HL)

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Continuance, 11-26-01. | 91 | Granted. Trial is reset for February 6 and 7, 2002 at 9:30 a.m. |

In San Juan, Puerto Rico, this 27th day of November, 2001.

JUSTO ARENAS
United States Magistrate Judge