IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.

HÉCTOR PÉREZ and ARNALDO SOTO, JR., et al.

Defendants

CIVIL 98-1459 (HL)

**ORDER**

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Continuance, 02-04-02. | 96 | Granted. Available dates are the weeks starting on March 25 and April 2, 2002. |

In San Juan, Puerto Rico, this 6th day of February, 2002.

JUSTO ARENAS
United States Magistrate Judge