IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.

HÉCTOR PÉREZ and ARNALDO
SOTO, JR., et al.

Defendants

CIVIL 98-1459 (HL)

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Submit Translated Exhibits and Identifications, 02-01-02. | 94a | Granted. |

In San Juan, Puerto Rico, this 8th day of February, 2002.

JUSTO ARENAS
United States Magistrate Judge