IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.

HÉCTOR PÉREZ and ARNALDO SOTO, JR., et al.

Defendants

CIVIL 98-1459 (HL) (JA)

## ORDER

The continuation of this non-jury trial is now set for April 23 and 24, 2002, at 9:30 a.m.

In San Juan, Puerto Rico, this 15th day of March, 2002.

JUSTO ARENAS
United States Magistrate Judge


