IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.

HÉCTOR PÉREZ and ARNALDO
SOTO, JR., et al.

Defendants

CIVIL 98-1459 (HL) (JA)

**ORDER**

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Translation of Services for Trial, 10-12-01. | 85 | Granted now for then. |
| Motion Requesting the Court to Accept Plaintiff's Exhibits and Identifications in the Spanish Language Subject to the Court's Ordering the Translation of Any Specific Exhibit, 10-12-01. | 87 | Denied now for then. |

In San Juan, Puerto Rico, this 1st day of April, 2002.

JUSTO ARENAS
United States Magistrate Judge

H. Gutierrez
4/2/2