IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                              CIVIL 98-1459 (HL) (JA)

HÉCTOR PÉREZ and ARNALDO
SOTO, JR., et al.

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Withdrawal of Legal Representation and for Continuance, 04-10-02. | 102 | Denied. The trial will not be continued. |

In San Juan, Puerto Rico, this 12th day of April, 2002.

JUSTO ARENAS
United States Magistrate Judge