IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.

HÉCTOR PÉREZ and ARNALDO
SOTO, JR., et al.

Defendants

CIVIL 98-1459 (HL) (JA)

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Reconsideration of Court Order Dated April 12, 2002, 04-15-02. | 104 | Notwithstanding the deterioration of the relationship between counsel and client, and after carefully reviewing the motion for reconsideration, the same is denied. |

In San Juan, Puerto Rico, this 19th day of April, 2002.

JUSTO ARENAS
United States Magistrate Judge

s/cs: Paul E. Calvesbert
Carlos J. Quilichini
Carlos R. Ramirez
Amancio Arias
4/19/02