IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.

HÉCTOR PÉREZ and ARNALDO SOTO, JR., et al.

Defendants

CIVIL 98-1459 (HL)(JA)

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Urgent Appeal From Magistrate Judge's Orders Denying Calvesbert's Motion for Withdrawal of Legal Representation and for Continuance, and Denying Calvesbert's Motion for Reconsideration; and, Renewed Request for Continuance of Trial, 04-19-02. | 106 | Appeal is denied. 28 U.S.C. § 1292(b). Motion for reconsideration is denied. |

In San Juan, Puerto Rico, this 23rd day of April, 2002.

JUSTO ARENAS
United States Magistrate Judge