IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.                                                                                    CIVIL 98-1459 (HL)

HÉCTOR PÉREZ, et al.,

Defendants

## ORDER

As the result of a conference call held today among the parties, and having heard argument from counsel, I enter the following order. Intervening claimant's motion to intervene (Docket No. 115, dated June 17, 2002) is granted. Defendant United Marine Services' motion to strike plaintiff's expert testimony at trial and/or requesting order from the court is denied in its first part and granted in its second part. (Docket No. 114, dated June 13, 2002.) The plaintiff is to allow United Marine and its expert David E. Jones to inspect the vessel, costs to be borne by the defense and/or David E. Jones. Parties are to assure that the inspection of the yacht MERCEDES is performed, that an expert's report is submitted, and that the deposition of David E. Jones are accomplished by August 31, 2002. The trial setting of June 22, 2002 is vacated. Due to calendar conflicts, the trial is reset for September 3, 6, 10, 11, 12 and 13, 2002 at 9:30 a.m. Counsel may expect the entry of judgment no later than September 30, 2002.

In San Juan, Puerto Rico, this 20th day of June, 2002.

JUSTO ARENAS
United States Magistrate Judge

