IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.

HÉCTOR PÉREZ and ARNALDO SOTO, JR., et al.

Defendants

CIVIL 98-1459 (HL) (JA)

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Urgent Motion Requesting a Court Order to Compel Plaintiff Rivera to Pay Accrued Legal Fees | 119 | Denied. |
| Notice of Appearance | 120 | Noted. |

In San Juan, Puerto Rico, this 27th day of August, 2002.

JUSTO ARENAS
United States Magistrate Judge