IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.

HÉCTOR PÉREZ and ARNALDO SOTO, JR., et al.

Defendants

CIVIL 98-1459 (HL) (JA)

**O R D E R**

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Extension of Time, 10-03-02. | 130 | Granted. |

In San Juan, Puerto Rico, this 16th day of October, 2002.

JUSTO ARENAS
United States Magistrate Judge