IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angel Rivera-Domenech

Plaintiff

v.

Héctor Pérez, et al

Defendants

CIVIL 98-1459 (HL)(JA)

## JUDGMENT

The Court, through the Honorable Justo Arenas, U. S. Magistrate Judge, has entered an opinion and order on December 30, 2002 WHEREFORE, it is

**ORDERED AND ADJUDGED** that the intervening claim be remitted to arbitration in accordance with the terms of the arbitration clause. It is further

**ORDERED AND ADJUDGED** that the intervening complaint be DISMISSED without prejudice.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of January, 2003.

FRANCES RIOS DE MORAN
Clerk of the Court

_____
Deputy Clerk

