IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angel Rivera-Domenech

Plaintiff

v.

Héctor Pérez, et al

Defendants

CIVIL 98-1459 (HL)(JA)

RECEIVED AND FILED
2003 JAN -3 AM 10: 16

## JUDGMENT

The Court, through the Honorable Justo Arenas, U. S. Magistrate Judge, has entered an opinion and order on December 30, 2002 WHEREFORE, it is

**ORDERED AND ADJUDGED** that judgment be entered in the amount of $59,877.16 plus pre-judgment interest in favor of plaintiff Angel Rivera-Domenech against all defendants. It is further

**ORDERED AND ADJUDGED** that judgment shall be entered in the amount of $30,062.08 in favor of United Marine Services, Inc. and against plaintiff.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of January, 2003.

FRANCES RIOS DE MORAN
Clerk of the Court

_Ivee Mollfulleda_
Deputy Clerk

