IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANGEL L. RIVERA DOMENECH | * | CIVIL NO. 98-1459 (H.L.) (J.A.) |
| Plaintiff | * | |
| Vs. | * | |
| HECTOR PEREZ AND ARNALDO ARNALDO SOTO JR., d/b/a QUALITY BOAT SERVICES, et als UNITED MARINE SERVICES INC. ROYAL & SUN ALLIANCE INSURANCE COMPANY (PR) INC. | * * * * | PLAINTIFF REQUEST TRIAL BY JURY |
| Defendant | | |

****************************************

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given that Plaintiff Angel L Rivera Domenech appeals to the United Court of Appeals for the First Circuit from the Judgment entered on December 30, 2002.

Respectfully submitted in San Juan, Puerto Rico, this 30th day of January, 2003.

CERTIFICATE OF SERVICE, on this date to: Carlos R. Ramírez, Esq., P.O. Box 13667, San Juan, Puerto Rico 00908-3667, Amancio Arias Guardiola, Esq., P.O Box 13724, Santurce Station, San Juan, Puerto Rico 009i08-3727, Paul Calvesbert, Esq. Suite 213, Centro de Seguros, 701 Ponce de León, San Juan, Puerto Rico 00907.

**SANTOS & NIEVES BLAS**
Counsel for Appellant
P.O. Box 1809
Mayagüez, Puerto Rico 00681-1809
Tel. 787-833-5466/Fax: 787-834-7631

By: Luis Roberto Santos
Federal #119714