UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Record to the Court of Appeals

DATE:   February 26, 2003

DC #:   98-1459 (JA/HL)

APPEAL FEE PAID:   YES  X    NO ___

CASE CAPTION:   Ángel L. Rivera-Domenech   v.   Héctor Pérez

IN FORMA PAUPERIS:   YES ___   NO  X

MOTIONS PENDING:   YES  X    NO ___

NOTICE OF APPEAL FILED BY:   Plaintiff

APPEAL FROM:   Judgment entered on 01/10/03 and Opinion & Order entered on 12/30/02

SPECIAL COMMENTS:   Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries 1-72 | I |
| Docket Entries 73-94a | II |
| Docket Entries 95-152 | III |
| Docket Entries 95,108,111,131,132,133,134,136,137 (Transcripts) | IV |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c:   ICMS Parties, Docket Clerk, Appeals Clerk

