IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH,

Plaintiff

v.

HÉCTOR PÉREZ and ARNALDO
SOTO, JR., et al.

Defendants

CIVIL 98-1459 (HL) (JA)

**ORDER**

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion *In Limine* for Order Deeming Suárez' Deposition Transcript Inaccurate and Precluding Its Use at Trial by QBS, 09-03-02. | 125 | Moot. |
| Motion to Strike Rivera's *Pro Se* Motion Dated October 23, 2002, 11-07-02. | 139 | Denied in light of Docket No. 144. |
| Motion, 12-02-02. | 140 | Noted. |
| Intervenor's Motion in Compliance With Order Dated December 6, 2002, 12-18-02. | 143 | Denied in light of Docket No. 144. |
| Notice of Termination of Legal Representation, 03-04-03. | 154 | Noted. |

In San Juan, Puerto Rico, this 20th day of March, 2003.

JUSTO ARENAS
United States Magistrate Judge