IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angel Rivera-Domenech

Plaintiff

v.

Héctor Pérez, et al

Defendants

CIVIL 98-1459 (HL)(JA)

RECEIVED & FILED
2003 APR -1 AM 8:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## AMENDED JUDGMENT

The Court, through the Honorable Justo Arenas, U. S. Magistrate Judge, has entered Judgment on January 3, 2003 pursuant to its Opinion and Order of December 30, 2002 (Docket Nos. 145 , 147). For the reasons set forth in the Opinion and Order of March 26, 2003 (Docket No. 158), judgment has been amended. Accordingly, it is

**ORDERED AND ADJUDGED** that judgment be entered in the amount of $59,877.16, plus pre-judgment interest, in favor of plaintiff Angel Rivera-Domenech, and against all defendants. It is further

**ORDERED AND ADJUDGED** that judgment shall be entered in the amount of $30,062.08, plus pre-judgment interest, in favor of United Marine Services, Inc., and against plaintiff.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of April, 2003.

FRANCES RIOS DE MORAN
Clerk of the Court

_____
Deputy Clerk