IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL RIVERA DOMENECH

Plaintiff

vs.

HECTOR PEREZ

Defendants

NOTICE OF APPEAL

CIVIL 98-1459(HL)(JA)

## NOTICE OF APPEAL

To the Honorable Court:

**NOTICE** is hereby given that **ROYAL AND SUNALLIANCE INSURANCE (PR)**, co-defendants, in the above captioned case, hereby appeal to the United States Court of Appeals for the First Circuit from the judgment entered in this case by United States Magistrate Judge Justo Arenas on January 10, 2003 as amended by the Opnion and Order entered on March 26th, 2003.

**RESPECTFULLY SUBMITTED** this _1_ of April 2003 in San Juan, Puerto Rico.

I HEREBY CERTIFY that I have mailed a true copy of this document to: JOSE GUILLERMO BAQUERO, ESQ. El Caribe Building Suite 1402 53 Palmeras Street San Juan, PR 00901, CARLOS RAMIREZ, ESQ. Smith & Nevarez PO Box 13667, San Juan PR 00908, LUIS ROBERTO SANTOS, PO Box 1809, Mayaguez PR 00681, PAUL CALVERSBERT, ESQ. Suite 213 Centro de Seguros 701 Ponce de Leon, San Juan, PR 00907.

ARIAS CESTERO & ARIAS GUARDIOLA
PO BOX 13727 SANTURCE STATION
SAN JUAN PR 00908'3727
TEL: 787-741-4500  FAX: 787-273-6715

**AMANCIO ARIAS GUARDIOLA**
**USDC PR 119909**