UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Record to the Court of Appeals

DATE:     April 4, 2003

DC #:     98-1459 (HL/JA)
Related CCA Case # 03-1300

APPEAL FEE PAID:         YES ____     NO  X

CASE CAPTION:            Ángel L. Rivera-Domenech     v.     Héctor Pérez

IN FORMA PAUPERIS:       YES ____     NO  X

MOTIONS PENDING:         YES ____     NO  X

NOTICE OF APPEAL FILED BY:    Intervenor-Plaintiff:  Calvesbert Law Offices PSC

APPEAL FROM:             Judgment entered on 01/10/03 and Opinion & Order entered on 12/30/02

SPECIAL COMMENTS:        Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entry 156 | I |

(Docket Entries 1-152; 95,108,111,131-134,136 & 137/transcripts certified on 2/26/03 and docket entries 158 & 159 certified as a supplemental on 4/4/03; refer to CCA Case #03-1300)

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk