IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. RIVERA DOMENECH

    Plaintiff

vs.

HECTOR PEREZ, ET AL.

    Defendants

CIVIL NO. 98-1459 (HL)(JA)

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

    COMES NOW defendant United Marine Services, Inc., through undersigned counsel and respectfully states, alleges and prays as follows:

    Notice is hereby given that defendant, United Marine Services, Inc. appeals to the United States Court of Appeals for the First Circuit from the Judgment entered on January 10, 2003 (Docket No. 147), Opinion and Order entered on December 31, 2002 (Docket No. 145), Amended Judgment entered on April 2, 2003 (Docket No. 159) and Opinion and Order entered on March 27, 2003 (Docket No. 158).

    WHEREFORE, defendant United Marine Services, Inc. respectfully requests from this Honorable Court that it take notice of the foregoing.

c/s: Appeals Clerk
4/14/03

2

**RESPECTFULLY SUBMITTED**

I HEREBY CERTIFY, that on this date served a copy of the foregoing pleading by certified mail, return receipt requested to **Paul E. Calvesbert, Esq.**, Law Office Paul E. Calvesbert, Centro de Seguros Bldg., Suite 214, 701 Ponce de Leon Ave., San Juan, Puerto Rico 00907; to **Luis Roberto Santos, Esq.**, Santos & Nieves Blas, P.O. Box 1809, Mayaguez, Puerto Rico 00681-1809; and to **Amancio Arias Guardiola, Esq.**, Arias Cestero & Arias Guardiola, PO Box 13727, San Juan, Puerto Rico 00908-3727.

In San Juan, Puerto Rico, this 14th day of April, 2003.

JOHN F. NEVARES & ASSOCIATES, PSC
Counsel for Defendant
**United Marine Services, Inc.**
P.O. Box 13667
San Juan, P.R. 00908-3667
Telephone: (787) 722-9333
Fax: (787) 721-8820
Email: jfnevares-law@microjuris.com

Carlos R. Ramírez
USDC-PR 213201