UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:   May 2, 2003

DC #:   98-1459 (HL/JA)
Related CCA Cases #'s: 03-1300, 03-1471

APPEAL FEE PAID:        YES ____    NO  X

CASE CAPTION:           Angel L. Rivera-Domenech    v.    Héctor Pérez

IN FORMA PAUPERIS:      YES ____    NO  X

MOTIONS PENDING:        YES ____    NO  X

NOTICE OF APPEAL FILED BY:    Defendant:  Royal Insurance Co. of P. R.

APPEAL FROM:            Opinion & Order entered on 03/27/03 and Judgment entered on 01/10/03

SPECIAL COMMENTS:       Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                                          VOLUMES:

Docket Entries  157-160 & 164                                        I

(Docket Entries 1-152; 95,108,111,131-134,136,137/transcripts certified on 02/26/03, 156, 158 & 159 certified on 04/04/03, refer to CCA Cases # 03-1300, 03-1471)


I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #:     _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk